IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Y-RISK, LLC,<br><br>                         Plaintiff,<br>v.<br><br>YOUR CAUSE AUTO SERVICES LLC,<br><br>                         Defendant. | Case No.   26-1592 |

**COMPLAINT**
**FOR BREACH OF CONTRACT, ACCOUNT STATED AND UNJUST ENRICHMENT**

Plaintiff Y-Risk, LLC, by and through its counsel, Wilson, Elser Moskowitz, Edelman & Dicker LLP, as and for its Complaint against Defendant Your Cause Auto Services LLC, alleges as follows:

**Nature of Action**

1. This is an action to recover money damages based upon Defendant Your Cause Auto Services, LLC's failure to pay the full premiums owed under a Business Auto Insurance Policy issued by Plaintiff.

**Parties**

2. Plaintiff Y-Risk, LLC is a Connecticut limited liability company which maintains its principal place of business at 29 Mill Street, Unionville, Connecticut 06085 ("Plaintiff" or "Y-Risk"). The sole member of Y-Risk is non-party Hartford Fire Insurance Company, a Connecticut corporation which maintains its principal place of business in Hartford, Connecticut..

3. Defendant Your Cause Auto Services LLC is a Pennsylvania limited liability company which maintains its principal place of business at 1280 Bushkill Drive, Easton, PA

18042. Upon information and belief, the individual members of Defendant are also citizens of Pennsylvania and not citizens of Connecticut.

## Jurisdiction and Venue

4.     This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because it involves citizens of different states and an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

5.     Venue of this action in the United States District Court for the Eastern District of Pennsylvania is proper under 28 U.S.C. § 1391(b) in that it is the District where Defendant resides and where a substantial part of the events giving rise to this action occurred.

## Background Facts

6.     At the request of Defendant, Y-Risk issued Business Insurance Policy No. 83 YR2 OH8395 for the period of 6/20/2024 to 6/20/2025, which was cancelled on March 3, 2025 (the "Policy"). A true and correct copy of the Policy is annexed hereto as **Exhibit A**.

7.     Pursuant to the Policy, Defendant agreed to pay certain premiums to Y-Risk. The premium is based upon Defendant's usage of its motor vehicles on a per mile basis. The Policy requires an initial deposit premium based upon up to 250,000 miles used. Once the deposit premium is used up, the Policy is billed monthly.

8.     Y-Risk exhausted the deposit premium in November 2024, and thereafter was billed monthly in December 2024, January 2025 and February 2025.

9.     Defendant failed to pay any of its premiums after the deposit premium was exhausted.

10.     The Policy was then cancelled effective March 3, 2025.

11.     On or about April 25, 2025, Y-Risk sent to Defendant an Insurance Bill in the sum

of $124,559.00 for the additional premium owed under the Policy for the months of December 2024, January 2025 and February 2025 (the "Additional Premium"). The Insurance Bill had a due date of May 5, 2025, no part of which has been paid.

12. On October 13, 2025, Y-Risk's counsel sent a final certified demand letter to Defendant requesting payment of the outstanding Insurance Bill (the "certified Demand Letter"). Defendant signed for the Certified Demand Letter on October 20, 2025, but never responded thereto. A true and correct copy of the Certified Demand Letter and Insurance Bill are annexed hereto as **Exhibit B**.

## COUNT I

### (Breach of Contract)

13. Y-Risk hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 12 as if fully set forth herein.

14. Defendant has wrongfully refused to pay the Additional Premium due under the Policy.

15. Y-Risk has fully complied with all its obligations under the Policy.

16. Defendant breached the terms and conditions of the Policy by failing to pay the Additional Premium as invoiced.

17. As a result of Defendant's breach of the Policy, Y-Risk has been damaged in the sum of $124,559.00 (excluding interest, fees and costs).

18. The Policy provides for recovery of attorney's fees and costs in the event of a breach by the insured (Defendant).

**WHEREFORE**, Plaintiff Y-Risk, LLC, hereby demands that a judgment be entered against Defendant Your Cause Auto Services LLC, in the amount of $124,559.00, together with

pre- and post-judgment interest thereon, an award of the attorney's fees, Court fees, Court costs and recoverable expenses incurred by Y-Risk herein as applicable, and any other relief as this Court may deem just and proper.

## COUNT II

### (<u>Account Stated</u>)

19. Y-Risk hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 18 as if fully set forth herein.

20. The amount of the unpaid Additional Premium owed by Defendant to Y-Risk pursuant to the Policy equals $124,559.00.

21. The Demand Letter issued to Defendant (Exhibit A) created an express and implied agreement between the parties as to the amount of the Additional Premium due under the Policy.

22. Defendant received and retained the Demand Letter and did not, contemporaneously or reasonably thereafter, object to or dispute the amounts or charges contained therein and thereby accepted the Demand Letter.

23. Defendant has wrongfully failed to pay the Additional Premium as invoiced despite Y-Risk's demands for payment.

24. As a result of Defendant's failure to pay the amounts due as invoiced, Y-Risk has been damaged in the sum of $124,559.00 (excluding interest, fees and costs).

**WHEREFORE**, Plaintiff Y-Risk, LLC, hereby demands that a judgment be entered against Defendant Your Cause Auto Services LLC, in the amount of $124,559.00, together with pre- and post-judgment interest thereon, an award of the Court fees and costs incurred by Y-Risk herein as applicable, and any other relief as this Court may deem just and proper.

## COUNT III

### (Unjust Enrichment / Quantum Meruit)

25. Y-Risk hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 24 as if fully set forth herein.

26. The Policy provided Defendant with insurance coverage for the benefit of its business operations and as mandated by state law.

27. Accordingly, as a matter of equity, Defendant should be held liable for the Additional Premium owed under the Policy since Defendant directly benefited from the insurance coverage provided by Y-Risk.

**WHEREFORE**, Plaintiff Y-Risk, LLC, hereby demands that a judgment be entered against Defendant Your Cause Auto Services LLC, in the amount of $124,559.00, together with pre- and post-judgment interest thereon, an award of Court fees and costs incurred by Y-Risk herein as applicable, and such other, further, and additional relief as this Court may deem just and proper.

                              Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP

By: _____*William F. McDevitt/S/*_____
                              WILLIAM F. McDEVITT (I.D. No. 80206)
                              *Counsel for Plaintiff Y-Risk, LLC*

Dated: March 12, 2026